# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 13 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| RORY STEPHEN GUIDRY | ) | 6:15-MJ-00047 |
| 662 Country Ridge Road, Trailer 37 | ) | |
| Opelousas, LA 70570 | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 1, 2015 to present__ in the county of __St. Landry Parish__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§1030(a)(2) and (4) | Accessing a Computer and Obtaining Information<br>Accessing a Computer to Defraud and Obtain Value |
| 18 U.S.C. §§1030(c)(2)(B) and (3)(A) | Penalty |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

RANDY J. JORDAN, Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __July 13 2015__

_____
Judge's signature

City and state:  __Lafayette, Louisiana__    PATRICK J. HANNA, U.S. Magistrate Judge
_____
Printed name and title