

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 1 4 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

UNITED STATES OF AMERICA    *
   * MAGISTRATE NO. 15-MJ-00047

VERSUS    *
   * MAGISTRATE JUDGE HANNA

RORY STEPHEN GUIDRY    *

<u>O R D E R</u>

Considering the Motion to Redact Affidavit filed by the Government in this matter,

IT IS HEREBY ORDERED AND ADJUDGED that that Motion is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that the original Affidavit filed on July 13, 2015, shall be substituted with the Redacted Affidavit in the record, and that the original Affidavit shall be preserved by the Clerk's Office for review by the Court, or unsealing at a later date.

DONE AND SIGNED this 14th day of July 2015, at Lafayette, Louisiana.

PATRICK J. HANNA
United States Magistrate Judge