UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA            CRIMINAL NO. 6:15-MJ-00047

VERSUS                              MAGISTRATE JUDGE HANNA

RORY STEPHEN GUIDRY

**<u>ORDER</u>**

IT IS ORDERED that the detention hearing that was previously scheduled

for July 17, 2015 is CONTINUED and RESET for 2:30 p.m. on Monday, July 20,

2015.

Signed at Lafayette, Louisiana, on July 16, 2015.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

COPY SENT:

DATE: ___7/16/2015___
BY: _____EFA_____
TO: ___AUSA Namie___
        FPDO
        USPO
        USMS