UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

UNITED STATES OF AMERICA     \*    CRIMINAL NO.: 6:15-mj-00047 (1)

VERSUS                                      \*    JUDGE

RORY GUIDRY                          \*    MAGISTRATE JUDGE HANNA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

Considering the above and foregoing Motion:

IT IS ORDERED that Wayne Blancard, Attorney at Law, be and he is authorized to

withdraw as counsel of record for Defendant and that J. Kevin Stockstill, Attorney at Law, be

and the same is hereby enrolled as counsel of record for Defendant in the above and entitled and

numbered matter.

Signed this ___20th___ day of ___July___, 2015

_____
UNITED STATES ~~DISTRICT~~ JUDGE