UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:15-MJ-00047 |
| VS. | |
| RORY STEPHEN GUIDRY | MAGISTRATE JUDGE HANNA |

## MINUTES OF COURT
*Preliminary Examination and Detention Hearing*

Date: July 20, 2015                                   Presiding: Magistrate Judge Patrick J Hanna
Court Opened: 2:00 p.m.                          Courtroom Deputy: Evelyn Alexander
Court Adjourned: 5:25 a.m.                      Court Reporter: Gayle Wear
Statistical Time: 3:15

**APPEARANCES**

1. Myers P Namie, AUSA                      for       United States
2. John Kevin Stockstill, Retained          for       Rory Stephen Guidry
3. Rory Stephen Guidry, Defendant

**FILINGS:**

**X**  Witness List
___  Exhibit List
**X**  Detention Order Pending Trial

**COMMENTS:**

Defendant appeared this date for a preliminary examination and detention hearing on the Complaint with retained counsel, John Kevin Stockstill.

Based on the evidence presented, this Court finds that there is probable cause that defendant committed the crimes charged, and therefore can be held over for those charges.

IT IS ORDERED that defendant is hereby detained pending trial.